In the Matter of Holmes Jones.— Referred to the official referee. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Samuel Lipschitz, Respondent, v. Herman Berkovitz and Simon Spiegel, Appellants.— Order reversed and judgment modified by allowing interest on the balance from November 17, 1911, instead of from the commencement of the action, with ten dollars costs and disbursements to the appellant. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Gerald Hull Gray, as Receiver of Cyrus Field Judson, Respondent, Appellant, v. Joseph H. Hoadley, Appellant, Respondent.— Order affirmed without costs. No opinion. Present — Ingraham, P. J., McLaughlin Laughlin, Clarke and Scott, JJ.

Austin B. Fletcher and Lewis H. Schultz, as Trustees, etc., Plaintiffs, v. The 416 West Thirty-third Street Realty Company and Others, Defendants, Impleaded with Marquise Holding Company and Edward D. Newman, as Receiver, etc., Appellants, Respondents. H. G. Vogel Company, Respondent.— Order affirmed, with ten dollars costs and disbursements to respondent H. G. Vogel Company. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

John H. Hughes, Appellant, v. John H. Stoutenbrugh, as Trustee, etc., and Others, Respondents.— Order reversed and motion granted upon payment by plaintiff of ten dollars costs to each of the defendants who appeared separately in the court below and opposed the motion. No opinion. Order to be settled on notice. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

German Savings Bank in the City of New York, Respondent, v. Phillip Wagner, as Committee, etc., of Elizabeth Rosenstein, a Lunatic, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Shawnee Fire Insurance Company, Respondent, v. Robert J. Newman and Others, Partners, etc., under the Firm Name of Newman & MacBain, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

George W. Tracey, Plaintiff, v. Samuel McCurdy, Appellant. In the Matter of the Application of James F. Swanick, Respondent, to Set Aside a Discharge of Judgment in the Action of George W. Tracey against Samuel McCurdy.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Beatrice Hyams, Appellant, v. Joseph N. Hyams, Respondent.— Motion to dismiss appeal granted, without costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Beatrice Hyams, Appellant, v. Joseph N. Hyams, Respondent.— Order modified as directed in opinion and as modified affirmed, with ten dollars costs and disbursements to the appellant. Opinion per curiam. Order to